```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALESANDRA GHANDI,                         :
                                          :
                       Plaintiff,         :
                                          :         1:20-cv-4502-GHW
            -v -                          :
                                          :              ORDER
HEALTHFIRST, LLC,                         :
                                          :
                       Defendant.         :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

   Counsel for Defendant has not yet appeared in this action.  Any attorney appearing on behalf on behalf of any party is directed to file a notice of appearance forthwith.

   SO ORDERED.

Dated:  August 11, 2020

_____
GREGORY H. WOODS
United States District Judge